**FILED**
December 17, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG. 08-0426 KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| HARDEEP SINGH, ) | |
| Defendant. ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release HARDEEP SINGH, Case No. MAG. 08-0426 KJM, Charge Title 21 USC § 841(a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of $ _100,000_

 _X_  Unsecured Appearance Bond *$50,000 Unsecured co-signed / $50,000 secured by posting of cash with the Court.*
 ___  Appearance Bond with 10% Deposit

 ___  Appearance Bond with Surety

 ___  Corporate Surety Bail Bond

 _X_  (Other)  *Pretrial Services Supervision of conditions of release*

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  December 17, 2008  at  2:58  pm.

By  _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge