1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   HARDEEP SINGH
6

7         IN THE UNITED STATES DISTRICT COURT FOR THE

8                 EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,      )      CR-S-09-125–FCD
10                                )
          PLAINTIFF,              )      STIPULATION AND
11                                )      ORDER TO CONTINUE THE
          v.                      )      JUDGMENT AND SENTENCE DATE
12                                )      TO TUESDAY, OCTOBER 12, 2010
   HARDEEP SINGH, et al.,         )
13                                )
          DEFENDANTS.             )
14 _____)

15
16        The parties to this litigation, the United States of America, represented by

17 Assistant United States Attorney, Mr. Jason Hitt and the defendant Hardeep Singh,

18 represented by attorney, Mr. James R. Greiner, hereby agree and stipulate that the

19 current date for the Judgment and Sentencing set for, Monday, September 13, 2010,

20 can be vacated and can be rescheduled for Tuesday, October 12 , 2010, at 10:00 a.m.

21 in Courtroom #2, 15th Floor,  before the Honorable Senior District Court Judge, Frank

22 C. Damrell, Jr..

          Counsel checked and the Court is available on Tuesday, October 12, 2010
23
   (Monday October 11, 2010, is a Holiday).
24

25

26

27

28                                 1

1    Respectfully submitted:

BENJAMIN B. WAGNER
2                                            UNITED STATES ATTORNEY

3                                            /s/ JASON HITT   by telephone  authorization

4    DATED: 8-25-10-10            _____

5                                            Jason Hitt
                                             ASSISTANT UNITED STATES ATTORNEY
                                             ATTORNEY FOR THE PLAINTIFF
6

7
     DATED: 8-25-10                 /s/ James R. Greiner
8                                            _____

9                                            James R. Greiner
                                             Attorney for Defendant Raymond Eugene Sills
10

11                                                **ORDER**

12

13
                    **FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**
14

15

16
     DATED: AUGUST 26, 2010
17

18

19

20                                            _____

21                                            FRANK C. DAMRELL, JR.
                                             UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28                                                    2