**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
HARDEEP SINGH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-09-125–FCD |
| PLAINTIFF, ) | ORDER EXONERATING BOND |
| v. ) | |
| HARDEEP SINGH, et al., ) | |
| DEFENDANTS. ) | |

On November 19, 2010, the Court held a hearing on a violation of Pre-Trial release regarding the defendant, Hardeep Singh. After a full hearing, the Court ordered the defendant remanded. The Court ordered defense counsel to file a Proposed Order to exonerate the bond in this case. This document is in compliance with the Court's order.

The defense requests the Court to issue an Order directing the Clerk of the Court of the Eastern District of California to exonerate the bond in this case (filed on December 17, 2008, receipt CAE#200012819 for $50,000.00, See Docket entry number 17), releasing the bond in the amount of $50,000.00 to the defendant's attorney, James R. Greiner, as evidenced in Exhibit One.

1

# ORDER

**FOR GOOD CAUSE SHOWN,**

The Clerk of the Eastern District of California is hereby Ordered to release the bond filed by the defendant on December 17, 2008, receipt CAE#200012819 for $50,000.00, by releasing the bond in the full amount, $50,000.00, to the defendant's attorney, James R. Greiner.

**IT IS SO ORDERED.**

DATED: NOVEMBER 23, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

singh.exo